**Order filed, January 09, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00509-CV

_____

### ENZO INVESTMENTS, LP, Appellant

### V.

### CHARLES WHITE, Appellee

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-08290**

## ORDER

The reporter's record in this case was due **November 14, 2013**. *See* Tex. R. App. P. 35.1. On **October 15, 2013**, this court ordered the court reporter to file the record within 30 days. On **December 02, 2013**, this court granted **Cynthia Martinez Montalvo's** motion for extension of time to file the record until **December 31, 2013**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Martinez Montalvo**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extensions will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Cynthia Martinez Montalvo** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM